(JS-6)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO HERNANDEZ, | Case 5:22-cv-1101-JGB-SP |
| Plaintiff, | *Honorable Jesus G. Bernal* |
| vs. | **JUDGMENT** |
| SAN BERNARDINO COUNTY, ET AL., | |
| Defendants. | |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants County of San Bernardino, Deputy Nicholas Clinton, Deputy Saylor Strain, Deputy Matthew McKibban, and Deputy Derek Ritarita's (collectively, "Defendants") Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's Third Amended Complaint is **DISMISSED WITH PREJUDICE** as against all Defendants.
3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: May 30, 2025

_____
Honorable Jesus G. Bernal
United States District Judge